IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 15 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00614-REB

RANDY KAILEY,

    Plaintiff,

v.

BILL RITTER, JR., Governor for the State of Colorado, in his individual and official
    capacity,
ARISTEDES ZAVARAS, Executive Director for the Colorado State Department of
    Corrections, in his individual and official capacity,
KEITH NORDELL, Director of Legl Affairs for the Colorado State Department of
    Corrections, in his individual and official capacity,
ANTHONY A. DeCESARO, Step III Grievance Officer for the Colorado State
    Department of Corrections, in his individual and official capacity,
PAMELA J. PLOUGH, Superintendent/Warden of the Colorado Territorial Correctional
    Facility, in her individual and official capacity,
RAE TIMME, Associate Superintendent/Warden of the Colorado Territorial Correctional
    Facility, in her individual and official capacity,
DAVE LINAM, Superintendent/Warden of the Colorado Territorial Correctional
    Facility, in his individual and official capacity,
LINDA MAIFIELD, Custody Control Manager for the Colorado Territorial Correctional
    Facility, in her individual and official capacity,
E. BENEZE, Criminal Investigator for the Colorado Territorial Correctional
    Facility, in his individual and official capacity,
MARK HOLLOWAY, Housing Supervisor for the Colorado Territorial Correctional
    Facility, in his individual and official capacity,
R. BLATNER, Cellhouse One Swing Shift Sargeant (sic) for the Colorado Territorial
    Correctional Facility, in his individual and official capacity,
JANE TOOMEY, Cellhouse One Swing Shift Housing Sergeant for the Colorado
    Territorial Correctional Facility, in her individual and official capacity, and
ALBERTUS GERTH, Cellhouse One Swing Shift Correctional Officer for the Colorado
    Territorial Correctional Facility, in his individual and official capacity,

    Defendants.

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

    This matter is before the court on the affidavit in support of the motion for leave

to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated April 15, 2011, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00614-REB-BNB

Randy Kailey
Prisoner No. 50247
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Keith Nordell, Anthony A. DeCesaro, Pamela J. Plough,
Rae Timme, Dave Linam, Linda Maifield, E. Beneze,
Mark Holloway, R. Blatner, Jane Toomey, and Albertus Gerth - **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

US Marshal Service
Service Clerk
Service forms for: Bill Ritter, Jr., and Aristedes Zavaras

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the Keith Nordell for service of process on Dr. Keith Nordell, Anthony A. DeCesaro, Pamela J. Plough, Rae Timme, Dave Linam, Linda Maifield, E. Beneze, Mark Holloway, R. Blatner, Jane Toomey, and Albertus Gerth; to the United States Marshal Service for service of process on Bill Ritter, Jr., and Aristedes Zavaras: AMENDED COMPLAINT FILED 4/01/11, ORDER FILED 4/14/11, WAIVER*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/15/11.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk